## No. 7198.

### R. M. CHAMBURY VS. THE BOARD OF LIQUIDATION.

Where application has been made to fund bonds of the State, and the plaintiff's ownership of them is denied, and the Secretary of State and the Treasurer intervene as custodians of the Free School Fund and claim the bonds, opportunity will be given the intervenors in the public interests to establish their claim.

APPEAL from the Third District Court of New Orleans.   MONROE, J.

*Hornor & Benedict* for Plaintiff.   The Assistant Attorney-General for Defendant and Intervenors Appellants.

MANNING, C. J., delivered the opinion, affirming the judgment.

## No. 7208.

### THE STATE VS. ROSANNA ALEXANDER.

In an information for grand larceny, the description of the thing stolen as "two hundred and sixty dollars in paper currency of the United States of America," is sufficient.

Where the judge's statement in the bill of exceptions is, that the introduction of the prisoner's confession was preceded by evidence that such confession was voluntary, it will be taken as true — no evidence on the matter being before the appellate court.

APPEAL from the Criminal Superior Court of New Orleans.   WHITTAKER, J.

The Attorney-General for the State.   *Gautier* for Defendant.

WHITE, J., delivered the opinion affirming the judgment.